ORDERED.

Dated: September 25, 2016

K. Rodney May
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Todd William Mendenhall
Felicia Ann Mendenhall

Case No: 8:15-bk-08128-KRM
Chapter 7

_____DEBTORS_____/

**ORDER APPROVING APPLICATION
FOR COMPENSATION FOR REALTOR**

This cause came before the Court to consider the Trustee's Application for Compensation for Realtor (**Application**, Doc. No. 30) wherein the Trustee requests that the Court award fees to BK Global Real Estate Services and Century 21 Beggins Enterprises (the Realtors) in the amount of: $7,950.00, or 6% of the gross sale price from the proposed sale of the property located at 2501 Leslee Lake, St. Petersburg, FL 33713. The Court considered the Application and is satisfied that the Application is well taken and should be approved. Accordingly, it is

**ORDERED:**

The Application is approved and the Trustee is authorized to

1. Pay BK Global Real Estate Services in the amount of up to $3,975.00 and pay Century 21 Beggins Enterprises in the amount of up to $3,975.00 for a total of up to

   $7,950.00 or 6% of the total gross sales price from the sale of the property located at 2501 Leslee Lake, St. Petersburg, FL 33713.

2. Any sharing of the fees by the Realtors with a co-operating agent does not violate this Order.
3. Such fees to be paid at closing without further Order from the Court.

Attorney, Richard M. Dauval, Esq. is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.